IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK M. LLOYD, ) | |
| a.k.a., Rashad Abdul Hamid, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-419-MEF |
| ) | [WO] |
| ) | |
| DAVID T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

In light of the notice of change of address filed by the plaintiff on September 2, 2008 (Court Doc. No. 29), and for good cause, it is

ORDERED that the Recommendation entered on August 21, 2008 (Court Doc. No. 28) be and is hereby WITHDRAWN. It is further

ORDERED that on or before September 23, 2008 defendant Henderson shall file a special report and answer in accordance with the orders of this court.

Done this 3rd day of September, 2008.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE