IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| DERRICK M. LLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:08-cv-0419-MEF |
| | ) | |
| DAVID T. MARSHALL, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On September 19, 2008, the Magistrate Judge filed a Recommendation (Doc. #36) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The motion for preliminary injunction filed by the plaintiff on September 18, 2008 (Doc. #34) is DENIED.

3. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 14th day of October, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE